UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-109-KAC-DCP |
| | ) | |
| MARCWELL MACK MCCOY, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Marcwell Mack McCoy's Unopposed Motion to Continue Plea Deadline and Trial [Doc. 16], filed on November 24, 2025.

Defendant requests the Court to continue the plea deadline, set for November 26, 2025, and the trial date, set for December 30, 2025, for approximately thirty days [*Id.* at 1–2]. In support of his motion, Defendant states that he had his initial appearance on October 21, 2025, and was assigned counsel [*Id.* ¶ 1]. The Government anticipates providing Defendant with additional discovery [*Id.* ¶ 2]. Defendant represents his counsel is in good communication with the Government regarding this case, but requires additional time to negotiate a potential resolution [*Id.* ¶ 3]. Defendant's motion reflects that the Government does not oppose the continuance [*Id.* ¶ 5]. Defendant's counsel confirmed via email to the Court that Defendant had been advised of his right to a speedy trial, understood those rights, and waived the impact of the continuance.

Based on the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). In consideration of these factors, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant needs the additional time to receive discovery, negotiate a possible plea agreement, and otherwise prepare for trial. The Court finds that all of this cannot occur before the December 30, 2025 trial date.

The Court therefore **GRANTS** Defendant Marcwell Mack McCoy's Unopposed Motion to Continue Plea Deadline and Trial [**Doc. 24**]. The trial of this case is reset to **January 27, 2026**. A new, comprehensive trial schedule is included below. Because the Court finds that the ends of justice are served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all of the time between the filing of the motion on November 24, 2025, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Marcwell Mack McCoy's Unopposed Motion to Continue Plea Deadline [**Doc. 16**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **January 27, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motion on **November 24, 2025**, and the new trial date of **January 27, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **December 29, 2025**;

(5) the deadline for filing motions *in limine* is **January 12, 2026**. Responses to motions *in limine* are due on or before **January 20, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **January 13, 2026, at 1:30 p.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **January 16, 2026.**

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge